UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CLYDE M. HALL
        Petitioner
   v.                                     **Judgment in a Civil Case**
TRACY JOHNS
        Respondent                  Case Number: 5:10-HC-2082-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 28, 2011, with service on:
Clyde M. Hall 09667-052, Federal Correctional Institution, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)
Michael James (via CM/ECF Notice of Electronic Filing)

January 28, 2011                                  /s/ Dennis P. Iavarone
                                                                 Clerk

Raleigh, North Carolina